B6 Summary (Official Form 6 - Summary) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

In re  **TATIANA RODRIGUEZ**

Case No. **10-33460**

Chapter    7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $223,000.00 | | |
| B - Personal Property | Yes | 4 | $1,620.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $322,842.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $15,210.57 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $421.50 |
| TOTAL | | 14 | $224,620.00 | $338,052.57 | |



Form 6 - Statistical Summary (12/07)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

In re  **TATIANA RODRIGUEZ**

Case No **10-33460**

Chapter    7

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | **$0.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $0.00 |
| Average Expenses (from Schedule J, Line 18) | $421.50 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $99,842.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $15,210.57 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $115,052.57 |

B6A (Official Form 6A) (12/07)

In re  **TATIANA RODRIGUEZ**                                        Case No. _____
                                                                              (if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| PRIMARY RESIDENCE<br>7320 MORRISON DRIVE<br>GREENBELT, MD 20770<br><br>Purchase Date:  10/2005<br>Purchase Price:  $339,000.00<br><br>**FIRST MORTGAGE**<br>Loan Obtained:  10/2005<br>Loan Amount:  $275,000.00<br>Monthly Pymt:  $1,714.00<br>Balance:  $271,200.00<br><br>**SECOND MORTGAGE**<br>Loan Obtained:  10/2005<br>Loan Amount:  $49,677.00<br>Monthly Pymt:  $366.05<br>Balance:  $51,642.00<br><br>LIQUIDATION:<br><br> $223,000  Value<br>($322,842)  Mtg<br>($ 22,300)  10% Cost/Sale<br>=======================<br>($122,142)  Net Equity | MORTGAGE | - | $223,000.00 | $322,842.00 |
| | | Total: | **$223,000.00** | |

(Report also on Summary of Schedules)



◄ Map · US · Maryland · Greenbelt ·

Get mortgage quotes anonymously on Zillow Mortgage Marketplace.

# 7320 Morrison Dr

⌂ **Zestimate®:**  **$223,000**
Value Range:  $158K – $227K

**Monthly payment:**
▸ See current rates on Zillow **$863** ·
  ING DIRECT Mortgages. Get Started


No photos available for this property

| | |
|---|---|
| Bedrooms: | 3 |
| Bathrooms: | 2.5 |
| Sqft: | 1,372 |
| Lot size: | 1,499 sq ft / 0.03 acres |
| Property type: | Single Family |
| Year built: | 1984 |
| Parking type: | -- |
| Cooling system: | -- |
| Heating system: | Heat pump |
| Fireplace: | Yes |
| Last sold: | December 14 2005 |

### Description

BEAUTIFUL COLONIAL INTERIOR TOWNHOUSE! THIS PROPERTY FEATURES 3 BEDROOMS, TWO AND A HALF BATHS, A FULLY FINISHED BASEMENT WITH WALKOUT LEVEL. THIS PROPERTY IS BEING SOLD IN "AS IS" CONDITION AND IT'S SUBJECT TO THIRD PARTY APPROVAL (SHORT-SALE). THANKS FOR SHOWING.

⌐⌐ More facts

⌂ Post for sale/rent ▾   Save ▾   Share ▾   E-mail me ▾  ✎ Edit ▾   Print

## Charts and Data

| | Value | Range | 30-day change | $/sqft | Last updated |
|---|---|---|---|---|---|
| **Zestimate** ⌂ ▸ | $223,000 | $158K – $227K | -$1,500 | $162 | 10/10/2010 |
| **My estimate** | ▸ Create estimate | | | | |
| **Owner Comment** | ▸ Post a comment | | | | |

**Show**

▸ **Zestimate ($)**

▸ **Zestimate (% change)**

·· **Listing price**

⌐ **Tax assessment**

· **Tax paid**

· **Page views**

**Time period**

⌐ **1 month**

 **1 year**

◉ **5 years**

⌐ **10 years**

▸ Compare 20770 to nearby areas



**Maryland Department of Assessments and Taxation**
**Real Property Data Search  (vw1.1)**
**PRINCE GEORGE'S COUNTY**

Go Back
View Map
New Search

**Account Identifier:**          **District - 21 Account Number - 2413664**

### Owner Information

| | | | |
|---|---|---|---|
| **Owner Name:** | PAZ,TATIANA | **Use:** | TOWN HOUSE |
| | | **Principal Residence:** | NO |
| **Mailing Address:** | 7320 MORRISON DR | **Deed Reference:** | 1) |
| | GREENBELT MD 20770-2446 | | 2) |

### Location & Structure Information

**Premises Address**                    **Legal Description**
7320 MORRISON DR
GREENBELT 20770

| Map | Grid | Parcel | Sub District | Subdivision | Section | Block | Lot | Assessment Area | Plat No: | 114099 |
|-----|------|--------|--------------|-------------|---------|-------|-----|-----------------|----------|--------|
| 35 | A2 | | | 3962 | | | 382 | 1 | **Plat Ref:** | |

| Special Tax Areas | Town | GREENBELT |
|-------------------|------|-----------|
| | Ad Valorem | |
| | Tax Class | 15 |

| Primary Structure Built | Enclosed Area | Property Land Area | County Use |
|-------------------------|---------------|--------------------|------------|
| 1984 | 1,292 SF | 1,500.00 SF | 011 |

| Stories | Basement | Type | Exterior |
|---------|----------|------|----------|
| 2 | YES | CENTER UNIT | FRAME |

### Value Information

| | Base Value | Value | Phase-in Assessments | |
|---|-----------|-------|----------------------|---|
| | | As Of 01/01/2010 | As Of 07/01/2010 | As Of 07/01/2011 |
| Land | 75,000 | 100,000 | | |
| Improvements: | 274,130 | 116,700 | | |
| Total: | 349,130 | 216,700 | 216,700 | 216,700 |
| Preferential Land: | 0 | 0 | 0 | 0 |

### Transfer Information

| | | | | | |
|---|---|---|---|---|---|
| **Seller:** | SUDAH,SUNDIATA | **Date:** | 12/14/2005 | **Price:** | $339,000 |
| **Type:** | IMPROVED ARMS-LENGTH | **Deed1:** | | **Deed2:** | |
| **Seller:** | NORRIS,JANET L & CHARLITA L M | **Date:** | 04/26/2005 | **Price:** | $265,500 |
| **Type:** | IMPROVED ARMS-LENGTH | **Deed1:** | | **Deed2:** | |
| **Seller:** | WEN,WILLIAM Y & STACY L | **Date:** | 01/08/1997 | **Price:** | $128,990 |
| **Type:** | IMPROVED ARMS-LENGTH | **Deed1:** | /11209/ 397 | **Deed2:** | |

### Exemption Information

| Partial Exempt Assessments | Class | 07/01/2010 | 07/01/2011 |
|----------------------------|-------|-----------|-----------|
| County | 000 | 0 | 0 |
| State | 000 | 0 | 0 |
| Municipal | 000 | 0 | 0 |

| Tax Exempt: | NO | Special Tax Recapture: |
|-------------|-----|-----------------------|
| Exempt Class: | | * NONE * |

B6B (Official Form 6B) (12/07)

In re  **TATIANA RODRIGUEZ**                                       Case No. _____
                                                                                    (if known)


# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand. | | CASH ON HAND:  $10.00 | - | $10.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | BANK OF AMERICA CHECKING ACCT BALANCE:  $150.00 | J | $150.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | 1 BED, 1 TV | - | $140.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | 2 SUITS, 4 SKIRTS, 6 PANTS, 15 BLOUSES, 10 SWEATERS, 2 JACKETS, 3 PAIRS OF SHOES, 1 PURSE | - | $245.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **TATIANA RODRIGUEZ**                                       Case No. _____
                                                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **TATIANA RODRIGUEZ**                                      Case No. _____
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 TOYOTA ECHO 4DR/AUTO MILEAGE: 121,000 FAIR CONDITION | - | $1,075.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **TATIANA RODRIGUEZ**                                    Case No. _____

                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | PURCHASE DATE:  10/2008<br>PURCHASE PRICE:  $2,500.00<br>NO LIENS | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | 2009 FEDERAL AND STATE INCOME TAXES<br>FEDERAL REFUND: $3561.00<br>STATE REFUND:  $1404.00 | - | $0.00 |

_____3_____ continuation sheets attached                        **Total >** | **$1,620.00**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)



B6C (Official Form 6C) (4/10)

In re  **TATIANA RODRIGUEZ**

Case No. _____
                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐  11 U.S.C. § 522(b)(2)

☑  11 U.S.C. § 522(b)(3)

☐  Check if debtor claims a homestead exemption that exceeds $146,450.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| CASH ON HAND:  $10.00 | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | $10.00 | $10.00 |
| BANK OF AMERICA CHECKING ACCT BALANCE:  $150.00 | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | $150.00 | $150.00 |
| 1 BED, 1 TV | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4) | $140.00 | $140.00 |
| 2 SUITS, 4 SKIRTS, 6 PANTS, 15 BLOUSES, 10 SWEATERS, 2 JACKETS, 3 PAIRS OF SHOES, 1 PURSE | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4) | $245.00 | $245.00 |
| 2000 TOYOTA ECHO 4DR/AUTO MILEAGE:  121,000 FAIR CONDITION PURCHASE DATE:  10/2008 PURCHASE PRICE:  $2,500.00 NO LIENS | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | $1,075.00 | $1,075.00 |
| * Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | $1,620.00 | $1,620.00 |

B6D (Official Form 6D) (12/07)

In re  **TATIANA RODRIGUEZ**                                  Case No. _____
                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxx1397<br><br>**BANK OF AMERICA HOME LOANS**<br>**PO BOX 961206**<br>**FORT WORTH, TX 76161-0206** | | - | DATE INCURRED:  **10/2005**<br>NATURE OF LIEN:<br>**Fee Simple**<br>COLLATERAL:<br>**PRIMARY RESIDENCE**<br>REMARKS:<br><br>VALUE:                    $223,000.00 | | | | **$271,200.00** | **$48,200.00** |
| **Representing:**<br>**BANK OF AMERICA HOME LOANS** | | | **EDWARD S COHN**<br>**600 BALTIMORE AVE**<br>**TOWSON, MD 21204** | | | | **Notice Only** | **Notice Only** |
| ACCT #: xxxxx3051<br><br>**GREEN TREE SERVICING**<br>**PO BOX 6172**<br>**RAPID CITY, SD 57709-6172** | | - | DATE INCURRED:  **10/2005**<br>NATURE OF LIEN:<br>**Fee Simple**<br>COLLATERAL:<br>**PRIMARY RESIDENCE**<br>REMARKS:<br><br>VALUE:                    $223,000.00 | | | | **$51,642.00** | **$51,642.00** |
| | | | | | | | | |
| | | | Subtotal (Total of this Page) > | | | | **$322,842.00** | **$99,842.00** |
| | | | Total (Use only on last page) > | | | | **$322,842.00** | **$99,842.00** |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

_____  **No**  _____ continuation sheets attached

B6E (Official Form 6E) (04/10)

In re  **TATIANA RODRIGUEZ**                                          Case No.  _____

                                                                                  (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  **TATIANA RODRIGUEZ**                              Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxx0910<br>**GEMB/JCP**<br>**PO BOX 984100**<br>**EL PASO, TX 79998** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $61.00 |
| ACCT #:  xxxxxxxxxxxx8251<br>**HSBC / BEST BUY**<br>**RETAIL SERVICES**<br>**PO BOX 15521**<br>**WILMINGTON, DE 19850-5521** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $2,484.00 |
| ACCT #:  xxxxxxxx2120<br>**MACYS**<br>**PO BOX 8066**<br>**MASON, OH 45040** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,148.00 |
| ACCT #:<br>**RJM ACQUISITIONS LLC**<br>**C/O MOSAICO BOOK CLUB**<br>**205 BRYANT WOODS SOUTH**<br>**AMHERST, NY 14228** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - SUBSCRIPTION**<br>REMARKS: | | | | $33.00 |
| ACCT #:  xxxxx4676<br>**T-MOBILE**<br>**CUSTOMER RELATIONS**<br>**PO BOX 37380**<br>**ALBUQUERQUE, NM 87176-7380** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - CELL PHONE**<br>REMARKS: | | | | $345.19 |
| ACCT #:  xxxxxxx6342<br>**TIME LIFE**<br>**PO BOX 4002010**<br>**DES MOINES, IA 50340-2010** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - SUBSCRIPTION**<br>REMARKS: | | | | $27.98 |
| | | | Subtotal > | | | | $4,099.17 |
| | | | Total > | | | | |

_____1_____ continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **TATIANA RODRIGUEZ**                                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxxxxxx0001**<br>**TOYOTA MOTOR CREDIT CORP**<br>**PO BOX 5236**<br>**CAROL STREAM, IL 60197-5236** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Purchase Money**<br>REMARKS: | | | | $11,111.40 |
| **Representing:**<br>**TOYOTA MOTOR CREDIT CORP** | | | UNITED RECOVERY SYSTEMS<br>5800 NORTH COURSE DR<br>HOUSTON, TX 77072 | | | | Notice Only |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ___1___ of ___1___ continuation sheets attached to                              Subtotal >    | $11,111.40

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                       Total >    | $15,210.57

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re  **TATIANA RODRIGUEZ**                                      Case No. _____

                                                                                          (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re **TATIANA RODRIGUEZ**                                Case No. _____
                                                                  (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re **TATIANA RODRIGUEZ**                                    Case No. _____
                                                                          (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Single** | Relationship(s): | Age(s): | Relationship(s): | Age(s): |

| Employment: | Debtor | Spouse |
|---|---|---|
| Occupation | UNEMPLOYED | |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | **DEBTOR** | **SPOUSE** |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $0.00 | |
| 2. Estimate monthly overtime | $0.00 | |
| 3. SUBTOTAL | $0.00 | |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | |
|     b. Social Security Tax | $0.00 | |
|     c. Medicare | $0.00 | |
|     d. Insurance | $0.00 | |
|     e. Union dues | $0.00 | |
|     f. Retirement | $0.00 | |
|     g. Other (Specify) _____ | $0.00 | |
|     h. Other (Specify) _____ | $0.00 | |
|     i. Other (Specify) _____ | $0.00 | |
|     j. Other (Specify) _____ | $0.00 | |
|     k. Other (Specify) _____ | $0.00 | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $0.00 | |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $0.00 | |
| 7. Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | |
| 8. Income from real property | $0.00 | |
| 9. Interest and dividends | $0.00 | |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | |
| 11. Social security or government assistance (Specify): _____ | $0.00 | |
| 12. Pension or retirement income | $0.00 | |
| 13. Other monthly income (Specify): | | |
|     a._____ | $0.00 | |
|     b._____ | $0.00 | |
|     c._____ | $0.00 | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $0.00 | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $0.00 | |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $0.00 | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)
IN RE:  **TATIANA RODRIGUEZ**                                  Case No. _____
                                                                              (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) <br>     a. Are real estate taxes included?  ☑ Yes  ☐ No <br>     b. Is property insurance included?  ☑ Yes  ☐ No | |
| 2. Utilities:  a. Electricity and heating fuel <br>              b. Water and sewer <br>              c. Telephone <br>              d. Other: | $50.00 |
| 3. Home maintenance (repairs and upkeep) <br> 4. Food <br> 5. Clothing <br> 6. Laundry and dry cleaning <br> 7. Medical and dental expenses <br> 8. Transportation (not including car payments) <br> 9. Recreation, clubs and entertainment, newspapers, magazines, etc. <br> 10. Charitable contributions | $250.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) <br>         a. Homeowner's or renter's <br>         b. Life <br>         c. Health <br>         d. Auto <br>         e. Other: | $121.50 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) <br> Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) <br>         a. Auto: <br>         b. Other: <br>         c. Other: <br>         d. Other: | |
| 14. Alimony, maintenance, and support paid to others: <br> 15. Payments for support of add'l dependents not living at your home: <br> 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) <br> 17.a. Other: <br> 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, <br>     if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$421.50** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **None.**

20. STATEMENT OF MONTHLY NET INCOME
a. Average monthly income from Line 15 of Schedule I                              $0.00
b. Average monthly expenses from Line 18 above                                    $421.50
c. Monthly net income (a. minus b.)                                              ($421.50)

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **TATIANA RODRIGUEZ**                                      Case No. _____
                                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**16**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _10-13-10_                                      Signature _Tatiana Rodriguez_
                                                                              **TATIANA RODRIGUEZ**

Date _____                    Signature _____

[If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

**JENNIFER RODRIGUEZ**                                      562308825
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No.
                                                                              *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

**1620 ELTON ROAD**
**SUITE 202**
**SILVER SPRING, MD 20903**

_Signature of Bankruptcy Petition Preparer_                    _10/13/10_
Signature of Bankruptcy Petition Preparer                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*



---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

IN RE:   **TATIANA RODRIGUEZ**

CASE NO

CHAPTER **10 - 33460**

## VERIFICATION OF CREDITOR MATRIX

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _10-13-10_____

Signature _Tatiana Rodriguez_____
**TATIANA RODRIGUEZ**

Date _____

Signature _____

FILED

BANK OF AMERICA HOME LOANS
PO BOX 961206
FORT WORTH, TX 76161-0206


EDWARD S COHN
600 BALTIMORE AVE
TOWSON, MD 21204


GEMB/JCP
PO BOX 984100
EL PASO, TX 79998


GREEN TREE SERVICING
PO BOX 6172
RAPID CITY, SD 57709-6172


HSBC / BEST BUY
RETAIL SERVICES
PO BOX 15521
WILMINGTON, DE 19850-5521


MACYS
PO BOX 8066
MASON, OH 45040


RJM ACQUISITIONS LLC
C/O MOSAICO BOOK CLUB
205 BRYANT WOODS SOUTH
AMHERST, NY 14228


T-MOBILE
CUSTOMER RELATIONS
PO BOX 37380
ALBUQUERQUE, NM 87176-7380


TIME LIFE
PO BOX 4002010
DES MOINES, IA 50340-2010

TOYOTA MOTOR CREDIT CORP
PO BOX 5236
CAROL STREAM, IL 60197-5236


UNITED RECOVERY SYSTEMS
5800 NORTH COURSE DR
HOUSTON, TX 77072