UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | |
|---|---|
| IN RE:<br><br>Tatiana Rodriguez,<br>a/k/a aka Tatiana Paz<br>      DEBTOR(S) | Case No.: 10-33460-WIL<br>Chapter 7 |
| BAC Home Loans Servicing, LP, fka<br>Countrywide Home Loans Servicing LP<br>      MOVANT<br>      vs.<br>Tatiana Rodriguez,<br>a/k/a aka Tatiana Paz<br><br>and<br>Michael G. Wolff, Trustee<br>      RESPONDENT(S) | |

## MOTION SEEKING RELIEF FROM AUTOMATIC STAY

    BAC Home Loans Servicing, LP, fka Countrywide Home Loans Servicing LP (hereinafter MOVANT), by its undersigned counsel, files this MOTION SEEKING RELIEF FROM AUTOMATIC STAY, pursuant to 11 U.S.C. SECS. 362 which is a core proceeding pursuant to 28 U.S.C. SEC. 157, and for reasons states as follows:

ONE

    That the above-named Debtor(s)Tatiana Rodriguez, a/k/a aka Tatiana Paz (hereinafter "DEBTOR(S)") initiated proceedings in this Court seeking relief under Chapter 7 of 11 U.S.C.

TWO

    That the above-named Michael G. Wolff was appointed Interim Trustee of the Estate of the Debtor(s), is duly qualified, and is so acting.

THREE

    That MOVANT is the holder and/or servicer of a Note secured by a Deed of Trust, which encumbers the real property known as 7320 Morrison Drive, Greenbelt, MD 20770 (the "property") (see attached Exhibit "A"), presently owned by the DEBTOR(S), in the approximate principal amount of $271,200.00, plus interest, pre-petition late charges, and other fees or costs due under the note. Said Instrument is recorded among the Land Records of Prince George's County, Maryland.

Cohn, Goldberg &
Deutsch, LLC

Attorneys at Law
600 Baltimore Avenue
Suite 208
Towson, MD 21204

410-296-2550

File #: 429443

## FOUR

That the DEBTOR(S) is/are in default in payment of the Deed of Trust Note to MOVANT; said default involving non-payment of ONE (1) payment(s) for the period of November, 2010, through November, 2010, in the amount of $1,271.25, plus any additional payments that may fall due after the filing of this motion, plus attorney's fees and costs.

## FIVE

That MOVANT believes and avers that its security interest concerning the property is not adequately protected.

## SIX

That foreclosure was instituted on or about July 15, 2010 as a result of a substantial default in mortgage payments to MOVANT. That on September 28, 2010, an auction sale was held and said property was sold to Federal National Mortgage Association for the sum of $324,146.83. That on October 28, 2010, MOVANT was notified that Debtor had filed seeking relief under Chapter 7 of the Bankruptcy Code on October 13, 2010. That said filing was subsequent to MOVANT'S sale by fifteen (15) days.

## SEVEN

That MOVANT has been and continues to be irreparably injured by the Stay of S. 362(a) of the Bankruptcy Code which prevents the MOVANT from enforcing its right under its Deed of Trust.

WHEREFORE, MOVANT, prays this Honorable Court grant the following relief:

A. A. That the Court enter an order lifting the Stay of S. 362(a) to enable BAC Home Loans Servicing, LP, fka Countrywide Home Loans Servicing LP, or its successors and assigns, to enforce its rights under its Mortgage / Deed of Trust, which would enable it to continue with foreclosure proceedings including eviction of the occupants of the property known as 7320 Morrison Drive, Greenbelt, MD 20770.

B. That the Court grant such other and further relief as may be necessary.

/s/ Richard J. Rogers
Richard J. Rogers, Esquire
Cohn, Goldberg & Deutsch, LLC
600 Baltimore Avenue, Suite 208
Towson, MD  21204
410-296-2550
Fax: 410-296-2558
Email: bankruptcyecf@cgd-law.com
Federal Bar #: 01980 (MD)
Attorney for Movant

COHN, GOLDBERG & DEUTSCH, LLC

ATTORNEYS AT LAW
600 BALTIMORE AVENUE
SUITE 208
TOWSON, MD 21204

410-296-2550

File #: 429443

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | |
|---|---|
| IN RE:<br><br>Tatiana Rodriguez,<br>a/k/a  aka Tatiana Paz<br>    DEBTOR(S) | Case No.: 10-33460-WIL<br>Chapter 7 |
| BAC Home Loans Servicing, LP, fka Countrywide Home Loans Servicing LP<br>    MOVANT<br>      vs.<br>Tatiana Rodriguez,<br>a/k/a  aka Tatiana Paz<br><br>and<br>Michael G. Wolff, Trustee<br>    RESPONDENT(S) | |

### * * * * * CERTIFICATION OF SERVICE * * * * *
### ON
### **MOTION SEEKING RELIEF FROM AUTOMATIC STAY**

    I, the undersigned counsel of COHN, GOLDBERG & DEUTSCH, LLC, 600 BALTIMORE AVENUE, SUITE 208, TOWSON, MD 21204, certify that I am, and at all times hereinafter mentioned was, 18 years of age and that on November 2, 2010, I served a copy of the MOTION SEEKING RELIEF FROM AUTOMATIC STAY, by FIRST CLASS MAIL, and/or ELECTRONIC FILING NOTIFICATION, on the respondent(s) in this proceeding to:

Tatiana Rodriguez
a/k/a  aka Tatiana Paz
7320 Morrison Drive
Greenbelt, MD 20770

Tatiana Rodriguez
a/k/a  aka Tatiana Paz
505 Greenlawn Drive, Apt #201
Hyattsville, MD 20783

and respondent(s)' counsel:
Pro Se

Michael G. Wolff, Trustee
15245 Shady Grove Road, Ste 465, North Lobby
Rockville, MD 20850

I certify under penalty of perjury that the foregoing is true and correct.

COHN, GOLDBERG & DEUTSCH, LLC

ATTORNEYS AT LAW
600 BALTIMORE AVENUE
SUITE 208
TOWSON, MD 21204

410-296-2550

File #: 429443

Executed on November 2, 2010              /s/ Richard J. Rogers
                                          Richard J. Rogers, Esquire
                                          Cohn, Goldberg & Deutsch, LLC
                                          600 Baltimore Avenue, Suite 208
                                          Towson, MD  21204
                                          410-296-2550
                                          Fax: 410-296-2558
                                          Email: bankruptcyecf@cgd-law.com
                                          Federal Bar #: 01980 (MD)

COHN, GOLDBERG & DEUTSCH, LLC

ATTORNEYS AT LAW
600 BALTIMORE AVENUE
SUITE 208
TOWSON, MD 21204

410-296-2550

File #: 429443