**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

In re:

                                          *

TATIANA RODRIGUEZ          *       Case No.:  10-33460-
                                        WIL Chapter 7

          Debtor               *

*    *    *    *    *    *    *    *    *    *    *    *    *    *

## MOTION TO REOPEN CLOSED CASE TO ADMINISTER ASSETS

Michael G. Wolff, Trustee, requests the Court reopen the above-referenced Chapter 7 proceeding because recent information indicates that there are assets in the estate to be administered, and specifically states:

1.      The Debtor filed for Chapter 7 on October 13, 2010.  Thereafter, Michael G. Wolff was appointed as the Chapter 7 Trustee.

2.      The §341 Meeting of Creditors was held on November 17, 2010.  The Trustee after investigation determined there were no assets to be liquidated and filed a Report of No Distribution thereafter.

3.      The Final Decree was entered on September 1, 2011 and the case was subsequently closed.

4.      The undersigned Trustee has discovered that the debtor failed to disclose two claims: (1) a workers compensation claim in the District of Columbia and (2) a negligence claim against her employer.

5.      As a consequence of the non-disclosed claims, the pursuit of the negligence claim may result in funds being available to pay claims in this case.

6.      Due to the facts alleged, the case should be re-opened, and the re-appointment of a trustee is clearly necessary to protect the interests of creditors and to

ensure the efficient administration of this case.

7.      The Bankruptcy Code, 11U.S.C. §350(b) provides that:

> A cause may be reopened in the court in which such case was closed <u>to administer assets</u>, to accord relief to the debtor, or for other cause. (Emphasis supplied).

8.      Federal Rule of Bankruptcy Procedure 5010 provides that in a case  reopened

under Chapter 7:

> A trustee shall not be appointed by the United States trustee unless the court determines that a trustee is necessary to protect the interests of creditors and the debtor or to ensure efficient administration of the case.

WHEREFORE, the Chapter 7 Trustee respectfully requests (1) this Court to enter an

order reopening the above-captioned case; (2) the U.S. Trustee be directed to appoint a Trustee

to administer the estate; and (3) grant such other and further relief as is just and proper.

Respectfully submitted,

**GOREN WOLFF & ORENSTEIN LLC**

 /s/ Michael G. Wolff
Michael G. Wolff, Chapter 7 Trustee,
#10269
15245 Shady Grove Road Suite 465 North Lobby
Rockville, MD 20850
(301) 984-6266
trustee@gwolaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of October  2013, a copy of the foregoing

Motion to Reopen Closed Case and proposed Order  was served first class mail, postage prepaid

and/or electronically to all creditors on the Court's official mailing matrix and to:


Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD  20770

Tatiana Rodriguez
505 Greenlawn Drive
Apt #201
Hyattsville, MD 20783

Alan D. Eisler
Meyers Eisler LLC
6600 Rockledge Dr
Suite 410
Bethesda, MD 20817

                                                   /s/ Michael G. Wolff
                                                  Michael G. Wolff, #10269
                                                  Chapter 7 Trustee