United States Bankruptcy Court
District of Maryland

In re:                                                          Case No. 10-33460-WIL
Tatiana Rodriguez                                               Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0416-0          User: admin              Page 1 of 1              Date Rcvd: Nov 13, 2013
                              Form ID: ntcfilpc        Total Noticed: 20

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2013.
db         #+Tatiana Rodriguez,    505 Greenlawn Drive,    Apt #201,    Hyattsville, MD 20783-3353
cr          +BAC Home Loans Servicing, LP(CG&D),    600 Baltimore Avenue,    Ste208,    Towson, MD 21204-4034
26319321      BANK OF AMERICA HOME LOANS,    P.O. BOX 961206,    FORT WORTH, TX 76161-0206
26319353     +Comptroller of the Treasury,    Compliance Division, Room 409,    301 W. Preston Street,
              Baltimore, MD 21201-2305
28387762     +David M. Schloss, Esquire,    Koonz, McKenney, Johnson, DePaolis & Lig,
              2001 Pennsylvania Avenue, N.W., Suite 45,    Washington, D.C 20006-1850
26319322     +EDWARD S COHN,    600 BALTIMORE AVE,    TOWSON, MD 21204-4034
26319352      Prince George's County,    Treasurer Division,    Room 1090,    Upper Marlboro, MD 20772
26319327     +RJM ACQUISITIONS LLC,    C/O MOSAICO BOOK CLUB,    205 BRYANT WOODS SOUTH,    AMHERST, NY 14228-3609
26319354     +State of Maryland DLLR,    Division of Unemployment Insurance,    1100 N. Eutaw Street, Room 401,
              Baltimore, MD 21201-2201
26319329      TIME LIFE,    P.O. BOX 4002010,    DES MOINES, IA 50340-2010
26492237      Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: QMGWOLFF.COM Nov 13 2013 21:53:00      Michael G. Wolff,    Goren, Wolff & Orenstein, LLC,
              15245 Shady Grove Rd.,    Suite 465, North Lobby,    Rockville, MD 20850-7203
cr          +EDI: BASSASSOC.COM Nov 13 2013 21:48:00      HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,
              3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
26319323      EDI: RMSC.COM Nov 13 2013 21:48:00      GEMB/JCP,    P.O. BOX 984100,    EL PASO, TX 79998
26319324      E-mail/Text: bankruptcy.bnc@gt-cs.com Nov 13 2013 21:52:26      GREEN TREE SERVICING,
              P.O. BOX 6172,    RAPID CITY, SD 57709-6172
26319325      EDI: HFC.COM Nov 13 2013 21:48:00      HSBC / BEST BUY,    RETAIL SERVICES,    P.O. BOX 15521,
              WILMINGTON, DE 19850-5521
26319326     +EDI: TSYS2.COM Nov 13 2013 21:48:00      MACYS,    P.O. BOX 8066,    MASON, OH 45040-8066
26319328      EDI: AISTMBL.COM Nov 13 2013 21:48:00      T-MOBILE,    CUSTOMER RELATIONS,    P.O. BOX 37380,
              ALBUQUERQUE, NM 87176-7380
26319330      EDI: TFSR.COM Nov 13 2013 21:48:00      TOYOTA MOTOR CREDIT CORP,    P.O. BOX 5236,
              CAROL STREAM, IL 60197-5236
26492237      EDI: BL-TOYOTA.COM Nov 13 2013 21:53:00      Toyota Motor Credit Corporation,
              c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
26319331     +EDI: URSI.COM Nov 13 2013 21:48:00      UNITED RECOVERY SYSTEMS,    5800 NORTH COURSE DR,
              HOUSTON, TX 77072-1613
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    P.O. Box 3001 .,
              Malvern, PA  19355-0701
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2013                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2013 at the address(es) listed below:
              Alan D. Eisler    aeisler@meyerseisler.com, mcghamilton@yahoo.com
              Gerard R. Vetter    gerard.r.vetter@usdoj.gov
              Michael G. Wolff    trustee@gwolaw.com, mwolff@ecf.epiqsystems.com
              Richard  Rogers    rrogers@cgd-law.com, bankruptcyecf@cgd-law.com,rrogers@cgd-law.com
              US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
                                                                                              TOTAL: 5
```

Form ntcfilpc (10/05)

# UNITED STATES BANKRUPTCY COURT

District of Maryland
Greenbelt Division
6500 Cherrywood Lane, Ste. 300
Greenbelt, MD 20770

Case No.:   10−33460    Chapter:   7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Tatiana Rodriguez
*debtor has no known aliases*
505 Greenlawn Drive
Apt #201
Hyattsville, MD 20783

Social Security No.:   xxx−xx−0747

Employer's Tax I.D. No.:

## NOTICE OF NEED TO FILE PROOF OF CLAIM DUE TO RECOVERY OF ASSETS

*Notice is Given That:*

   The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since the notice was sent, assets have been recovered by the trustee.

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address above on or before:   2/11/14.

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate. A claim may be filed in the office of the clerk of the bankruptcy court on an official form prescribed for as the proof of claim. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope.

   There is no fee for filing a proof of claim.

*Any creditor who has filed a proof of claim already need NOT file another proof of claim.*

A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx or at any bankruptcy clerk's office.

Dated: 11/13/13

Mark D. Sammons, Clerk of Court
by Deputy Clerk, admin